

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00330-CV

| | | |
|---|---|---|
| TARRANT COUNTY, TEXAS, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-307634-19) |
| V. | § | January 9, 2020 |
| JEFFREY D. LERNER, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. We reverse that portion of the trial court's September 12, 2019 order denying appellant Tarrant County, Texas's plea to the jurisdiction and remand for entry of an order granting the plea and for further proceedings consistent with this opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel